JEANNE SLANEC, an Infant, by Her Guardian ad Litem, FRANK SLANEC, et al., Respondents, v. HUNG KAN, Defendant, and KARL SCHULZ, Appellant.—

In our opinion the denial of the application under the circumstances, was an improvident exercise of discretion. (Cf. *Gately* v. *City of New York*, 279 App. Div. 807.) Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ., concur.